UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KINEDYNE CORPORATION,

      Plaintiff,                                    Case No. 05-60193

v.                                               Honorable John Corbett O'Meara

ANCRA INTERNATIONAL, L.L.C.,

      Defendant.
_____/

## ORDER VACATING IN PART THE COURT'S JANUARY 9, 2006 ORDER

On January 9, 2006, the court signed a proposed order submitted by counsel for defendant Ancra International, granting Defendant's November 18, 2005 motion to transfer and awarding costs and attorney fees. The order was entered in error.

The portions of the order granting Defendant's motion to transfer and transferring the case were appropriate; however, the court did not intend to grant Defendant its costs and attorney fees associated with filing the motion.

Therefore, it is hereby **ORDERED** that the portion of the court's January 9, 2006 order that grants costs and attorney fees and the portion ordering Defendant to "present a statement of its costs and fees within 14 days" are hereby **VACATED.**

                s/John Corbett O'Meara
                John Corbett O'Meara
                United States District Judge

Dated: January 25, 2006